**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

VIJAYAKUMAR THURAISSIGIAM,
*Petitioner-Appellant*,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; U.S. CUSTOMS AND
BORDER PROTECTION; U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; CHAD F.
WOLF, Acting Secretary of DHS;
WILLIAM P. BARR, Attorney
General; MARK A. MORGAN, Senior
Official Performing the Duties of the
Commissioner of CBP; THOMAS
HOMAN; KENNETH T. CUCCINELLI,
Senior Official Performing the
Duties of the Director, U.S.
Citizenship and Immigration
Services; PETE FLORES, San Diego
Field Director, CBP; GREGORY
ARCHAMBEAULT, San Diego Field
Office Director, ICE; FRED
FIGUEROA, Warden, Otay Mesa
Detention Center,
*Respondents-Appellees*.

No. 18-55313

D.C. No.

3:18 cv-0135
AJB


ORDER

On Remand from the Supreme Court of the United States

Filed August 12, 2020

Before: A. Wallace Tashima, M. Margaret McKeown,
and Richard A. Paez, Circuit Judges.

Order

---

**ORDER**

In accordance with the mandate of the Supreme Court of
the United States, "remand[ing] the case with directions that
the application for habeas corpus be dismissed," *United
States v. Thuraissigiam*, 140 S. Ct. 1959, 1983 (2020), the
judgment of the district court, which dismissed with prejudice
the petition for a writ of habeas corpus, *Thuraissigiam v. U.S.
Dep't of Homeland Sec.*, 287 F. Supp. 3d 1077, 1083 (S.D.
Cal. 2018), is

**AFFIRMED.**